**STATE of Missouri, Respondent,**

v.

**Marcus BUSEY, Appellant.**

**No. WD 67101.**

Missouri Court of Appeals,
Western District.

March 18, 2008.

Craig Johnston, Columbia, MO, for appellant.

Shaun Mackelprang, Jefferson City, MO, for respondent.

Before HARDWICK, P.J., SMART, J., WITT, Sp. J.

---

1. All statutory references are to RSMo (2000) unless otherwise noted.

## ORDER

PER CURIAM.

Marcus Busey appeals from his conviction for second-degree murder and armed criminal action. The judgment is affirmed. Rule 30.25(b).